IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01732-WYD-KMT

MEEPER, LLC, a Delaware limited liability company,

    Plaintiff,

v.

JOYCE L. LESTER;
CHARLES C. POWERS;
SUZY SMITH WOODARD;
DAVID L. MALEY; and
DAVIS ENGINEERING SERVICE, INC., a Colorado corporation,

    Defendants.

## ORDER

THIS MATTER is before the Court in connection with Plaintiff's Notice of Dismissal Without Prejudice – David L. Maley filed on February 1, 2013.  Being fully advised in the premises, it is

ORDERED that Defendant David L. Maley is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), and shall hereafter be taken off the caption.

    Dated:  February 1, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge