IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01732-WYD-KMT

MEEPER, LLC, a Delaware limited liability company,

    Plaintiff,

v.

JOYCE L. LESTER;
CHARLES C. POWERS;
SUZY SMITH WOODARD; and
DAVIS ENGINEERING SERVICE, INC., a Colorado corporation,

    Defendants.

## ORDER

THIS MATTER is before the Court in connection with the Unopposed Motion to Dismiss Plaintiff's Claims Against Defendant Suzy Woodward With Prejudice filed on April 22, 2013.  Having reviewed the motion and being fully advised in the premises, it is

ORDERED that Defendant Suzy Smith Woodward is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and shall hereafter be taken off the caption.  Each party shall pay their respective costs and attorney fees.

Dated:  April 25, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge