IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01732-WYD-KMT

MEEPER, LLC, a Delaware limited liability company,

    Plaintiff,

v.

JOYCE L. LESTER;
CHARLES C. POWERS; and
DAVIS ENGINEERING SERVICE, INC., a Colorado corporation,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendant Charles C. Powers's *Unopposed* Motion to Clarify Court's Order Denying Mr. Powers's Motion to Bifurcate and Stay filed April 29, 2013.  Having reviewed the motion and being fully advised in the premises, it is

ORDERED that Defendant Charles C. Powers's *Unopposed* Motion to Clarify Court's Order Denying Mr. Powers's Motion to Bifurcate and Stay (ECF No. 58) is **GRANTED**.  The Order of April 18, 2013 (ECF No. 55) is clarified as follows: (1) while the Order states on page one that "Defendant Charles C. Powers . . . was Plaintiff's attorney and title agent for the transaction", Mr. Powers denies that he was Plaintiff's attorney for its initial purchase of real property from Freeman H. and Joyce L. Lester; thus, this fact is in dispute; (2) while the Order states on page three that there is a

negligent misrepresentation claim pending against all the Defendants, the negligent misrepresentation claim against Mr. Powers was dismissed on March 11, 2013.

Dated: May 20, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge