IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01732-WYD-KMT

MEEPER, LLC, a Delaware limited liability company,

 Plaintiff,

v.

JOYCE L. LESTER;
CHARLES C. POWERS; and
DAVIS ENGINEERING SERVICE, INC., a Colorado corporation,

 Defendants.

---

# ORDER

---

 THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss Plaintiff's Claims Against Defendant Joyce L. Lester With Prejudice and Release of Lis Pendens filed June 17, 2013.  After reviewing the motion and being fully advised in the premises, it is

 ORDERED that Plaintiff's Unopposed Motion to Dismiss Plaintiff's Claims Against Defendant Joyce L. Lester With Prejudice and Release of Lis Pendens (ECF No. 60) is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Defendant Joyce L. Lester is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.  Each party shall pay her or its own attorney fees and costs.  It is

 FURTHER ORDERED that the Notice of Lis Pendens recorded at Book 561, Page 1727 on August 23, 2012, in the records of Rio Grande County, Colorado,

affecting the property described in the Notice of Lis Pendens, attached as Exhibit A to Plaintiff's motion and incorporated herein by reference, is hereby **RELEASED**.

Dated: June 17, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge