IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01732–WYD–KMT

MEEPER, LLC, a Delaware limited liability company,

    Plaintiff,

v.

CHARLES C. POWERS, and
DAVIS ENGINEERING SERVICE, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Unopposed Motion to Withdraw as Counsel for Meeper, LLC" (Doc. No. 63, filed June 20, 2013).  Being otherwise fully advised, it is hereby ORDERED that the Motion (Doc. No. 63) is GRANTED.  Attorney Robert R. Marshall, Jr. is relieved of any further representation of Plaintiff in the above-captioned matter.  The Clerk of Court is instructed to remove Mr. Marshall from the electronic certificate of mailing.

Dated: June 24, 2013