IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01732–WYD–KMT

MEEPER, LLC, a Delaware limited liability company,

      Plaintiff,

v.

CHARLES C. POWERS,
DAVIS ENGINEERING SERVICE, INC., a Colorado corporation, and
ATTORNEYS TITLE GUARANTY FUND, INC., a Colorado corporation,

      Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the "Unopposed Motion to Withdraw as Counsel for Plaintiff Meeper, LLC" filed by Plaintiff's counsel.   (Doc. No. 161, filed June 8, 2015) is GRANTED.   Being otherwise fully advised, it is hereby ORDERED that the Motion to Withdraw (Doc. No. 161) is GRANTED.   Attorneys Steven C. Choquette and James W. Hart are relieved of any further representation of Plaintiff in the above-captioned matter.   The Clerk of Court is instructed to remove Messrs. Choquette and Hart from the electronic certificate of mailing.

As a limited liability company, Plaintiff cannot appear without counsel admitted to the bar of the court.   *See* D.C.COLO.LCivR 5(b).   Plaintiff shall obtain counsel and file an entry of appearance for counsel on or before July 7, 2015.   If Plaintiff does not obtain substitute counsel, pleadings and papers may be stricken, and appropriate sanctions may be imposed against Plaintiff.

Mr. Choquette or Mr. Hart shall provide Plaintiff with a copy of this order, as well as the order on Plaintiff's Motion for Extension of Phase Two Scheduling Order and Other Deadlines (Doc. No. 164), no later than June 18, 2015.

Dated: June 16, 2015