IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-01732-WYD-KMT | Date: | November 19, 2015 |
| Courtroom Deputy: | Amanda Montoya | FTR: | Courtroom C-201 |

*Parties:*

MEEPER, LLC, a Delaware limited liability company,

   Plaintiff,

v.

CHARLES C. POWERS,
DAVIS ENGINEERING SERVICE, INC., a Colorado corporation, and
ATTORNEYS TITLE GUARANTY FUND, INC., a Colorado corporation,

   Defendants.

*Counsel:*
Joel Sannes (by phone)
David Chipman (by phone)

Christopher Little
Nathan Osborn
Conor Boyle
Ryan Winter
Joseph VanLandingham
Eric Schwiesow (by phone)

## COURTROOM MINUTES

**MOTION HEARING**

**3:31 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *[194] Plaintiff's Motion for Protective Order Regarding Depositions*.

Discussion regarding whether fees should be awarded to Defendant Powers in defending this motion.

**ORDERED**:   Parties have agreed to the following deposition dates:
        **December 9, 2015**- Meeper, as a corporate Defendant
        **December 10, 2015**- Dr. Organdzhanova
        **December 15, 2015**- Mr. Powers
        **December 17, 2015**- Davis 30(b)6, Dave or David Maley
        **December 18, 2015**- Stacy Carpenter

     **January 13, 2016**- Donald Bates, in Arizona
     **January 14, 2016**- Lawrence Dembowski, in Arizona
     **January 14, 2016**- Roger Brown, in Arizona
     **January 19, 2016**- Roger Nelson, Plaintiff's expert surveyor
     **January 20, 2016**- Rober Edwards, Mr. Powers' expert
     **January 22, 2016**- Mr. Witwer, Mr. Powers' expert

 Counsel will work together to schedule the depositions of Ms. Woodword, Ms. Baker, and Mr. Noble.

 The discovery cut-off is extended until **January 29, 2016.** The dispositive motion deadline is extended until **February 29, 2016.** The Final Pretrial Conference set for **April 6, 2016** will remain.

Attorney for Joyce Lester who is not a party in the case at this time, is not intending on participating in the depositions. If his client is brought back in the case, he may need to take additional depositions.

**ORDERED:** Counsel shall serve notice of all depositions.

Further discussion regarding service for Dr. Ogandzhanova, the location of Mr. Bates, mediation, and discovery disputes. If parties would like a settlement conference, they must file a motion under Local Rule 16. If a discovery dispute remains, counsel shall meet and confer regarding the dispute. If a dispute still remains, parties shall notify the court and the court can set an informal discovery conference.

**ORDERED:** *[194] Plaintiff's Motion for Protective Order Regarding Depositions* is **DENIED** to the extent that the defendants are requesting attorney fees. The motion is **MOOT** in respect to the depositions.

**4:03 p.m.**  **Court in recess.**

Hearing concluded.
Total in-court time  00:32

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.