IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01732-WYD-KMT

MEEPER, LLC, a Delaware limited liability company,

    Plaintiff,

v.

CHARLES C. POWERS;
DAVIS ENGINEERING SERVICE, INC., a Colorado corporation, and
ATTORNEYS TITLE GUARANTY FUND, INC., a Colorado corporation.

    Defendants.

## ORDER

    THIS MATTER is before the Court on the "Stipulated Motion to Dismiss With Prejudice (Attorneys Title Guaranty Fund, Inc.)" filed February 29, 2016.  After a careful review of the motion and the file, it is

    ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 217) is **GRANTED**.  Defendant Attorney Title Guaranty Fund, Inc. is **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.  Plaintiff and Defendant Attorney Title Guaranty Fund, Inc. shall each pay their own attorney fees and costs.

    Dated:  February 29, 2016

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge