IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01732-WYD-KMT

MEEPER, LLC, a Delaware limited liability company,

    Plaintiff,

v.

CHARLES C. POWERS and
DAVIS ENGINEERING SERVICE, INC., a Colorado corporation.

    Defendants.

---

## ORDER

---

    THIS MATTER, having come before the Court on Plaintiff Meeper, LLC's and Defendant Davis Engineering Service, Inc.'s Stipulation for Dismissal With Prejudice of Meeper, LLC's Claims Against Davis Engineering Service, Inc., and the Court being fully apprised in the premises,

    ORDERS that all of Plaintiff Meeper, LLC's claims against Davis Engineering Service, Inc. are **DISMISSED WITH PREJUDICE**, the parties to pay their own costs and attorney's fees.  Defendant Davis Engineering Service, Inc. shall hereafter be taken off the caption.

    Dated:  March 28, 2016.

                                       BY THE COURT:

                                       /s/ Wiley Y. Daniel
                                       WILEY Y. DANIEL,
                                       SENIOR UNITED STATES DISTRICT JUDGE