IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01732-WYD-KMT

MEEPER, LLC, a Delaware limited liability company,

    Plaintiff,

v.

CHARLES C. POWERS.

    Defendant.

## ORDER

THIS MATTER is before the Court on the "Stipulated Motion to Dismiss With Prejudice (Charles C. Powers)" filed March 29, 2016.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 223) is **GRANTED**.  Defendant Charles C. Power is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney fees and costs.  Since all Defendants have been dismissed, this case is terminated.

    Dated:  March 31, 2016

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge